The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE RICE and MARK GLINOGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTAP TECHNOLOGY INC., d/b/a LEAP EVENT TECHNOLOGY,<br><br>Defendant. | Case No. 2:26-cv-02801-TL<br><br>**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Note on Motion Calendar: October 26, 2026 |

Under Western District of Washington Local Rules 7 and 10, Plaintiffs Nicole Rice and Mark Glinoga and Defendant Nortap Technology, Inc., together (the "Parties"), by and through their respective counsel, stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended to November 24, 2026. In support of this motion, the Parties states as follows:

1. On August 10, 2026, Plaintiffs served the Summons and Complaint on Defendant.

2. Since service, the Parties have been actively engaged in discussions regarding a potential resolution to this dispute.

3. Both Parties' counsel stipulate to the November 24, 2026 response date.

4. A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed,



TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

modifying or extending a responsive deadline is within the Court's discretion. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

5. Good cause exists for this extension as counsel for the Parties have been and will continue to explore resolution. This is Defendant's first request for any extension of time in this matter. The request is made in good faith and not for the purposes of delay. Defendant's counsel is not aware of any unfair prejudice or delay that would result from the requested extension of time.

6. Accordingly, the Parties respectfully ask the Court to grant their Stipulated Motion for Extension of Time to Respond to the Complaint and set Defendant's responsive pleading deadline through and including November 24, 2026.

DATED October 26, 2026.

*/s/ Rebecca L. Solomon*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600
kstephens@tousely.com
rsolomon@tousley.com

**LYNCH CARPENTER LLP**

Michael H. Sampson, admitted *Pro Hac Vice*
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel: 412.322.9243
mike@lcllp.com

*Counsel for Plaintiffs and the Putative Class*

*/s/ Michael D. Meuti*
Michael D. Meuti, *Pro Hac Vice* forthcoming
**BENESCH, FRIEDLANDER, COPLAN &ARONOFF, LLP**
127 Key Tower, Suite 4900
Cleveland, OH 44114
Tel: 216.363.4500
mmeuti@beneschlaw.com

*Counsel for Defendant*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO THE ABOVE STIPULATION, THE COURT ORDERS that Defendant's deadline for filing a responsive pleading in this matter is November 24, 2026.

DATED this 26th day of October, 2026.

Honorable Tana Lin
United States District Court Judge



TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992